IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Penny Carter,** : | No. | 3:20-cv-01365-JFS |
| Plaintiff : | | |
| : | | |
| v. : | | |
| : | | |
| **Commissioner of Social Security,** : | | |
| Defendant : | | |

## JUDGMENT

Pursuant to Order of Court, Judgment is hereby entered in favor of the Defendant, Commissioner of Social Security and against Plaintiff, Penny Carter.

Dated:   January 14, 2022              Peter J. Welsh
                                       Clerk of Court

                                       by s/ Ed Petroski
                                       Deputy Clerk